1   Matthew Franklin Jaksa (CA State Bar No. 248072)
2   HOLME ROBERTS & OWEN LLP
    560 Mission Street, 25th Floor
3   San Francisco, CA  94105-2994                **RECEIVED**
    Telephone:  (415) 268-2000
4   Facsimile:   (415) 268-1999                   AUG − 9 2007
5   Email:       matt.jaksa@hro.com            RICHARD W. WIEKING
                                          CLERK, U.S. DISTRICT COURT
6   Attorneys for Plaintiffs,             NORTHERN DISTRICT OF CALIFORNIA
    ELEKTRA ENTERTAINMENT GROUP INC.;              OAKLAND
7   UMG RECORDINGS, INC.; WARNER BROS.
    RECORDS INC.; and BMG MUSIC                        *Submitting Counsel are directed*
8                                                       *to serve this order upon all other*
                                                        *parties in this action*
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  ELEKTRA ENTERTAINMENT GROUP INC.,      CASE NO.                    **SI**
13  a Delaware corporation; UMG RECORDINGS,
    INC., a Delaware corporation; WARNER    **[PROPOSED] ORDER GRANTING**
14  BROS. RECORDS INC., a Delaware          **PLAINTIFFS' EX PARTE APPLICATION**
    corporation; and BMG MUSIC, a New York  **FOR LEAVE TO TAKE IMMEDIATE**
15  general partnership,                    **DISCOVERY**

16                  Plaintiffs,

17        v.

18  JOHN DOE,
19                  Defendant.

20

21

22

23

24

25

26

27

28

1      Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2 Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3      ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain

4 the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify

5 Defendant John Doe, including the name, current (and permanent) address and telephone number, e-

6 mail address, and Media Access Control address. The disclosure of this information is ordered

7 pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8      IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10 under the Copyright Act.

11

12

13 DATED: ___8/16/07___ By: _____

14                               United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[Proposed] Order
Case No._____

#31672 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On August 8, 2007, I served the foregoing documents described as:

**[PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8, 2007 at San Francisco, California.

_____
Della Grant

1
[Proposed] Order
Case No._____

#31672 v1