1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP INC.;
7  UMG RECORDINGS, INC.; WARNER BROS.
   RECORDS INC.; and BMG MUSIC
8

RECEIVED
AUG - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Submitting Counsel are directed to serve this order upon all other parties in this action ✓

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11

12  ELEKTRA ENTERTAINMENT GROUP INC.,      CASE NO.
13  a Delaware corporation; UMG RECORDINGS,              SI
    INC., a Delaware corporation; WARNER
14  BROS. RECORDS INC., a Delaware          [PROPOSED] ORDER GRANTING
    corporation; and BMG MUSIC, a New York  PLAINTIFFS' EX PARTE APPLICATION
15  general partnership,                    FOR LEAVE TO TAKE IMMEDIATE
                                            DISCOVERY
16              Plaintiffs,
17
        v.
18
19  JOHN DOE,
                Defendant.
20

[Proposed] Order
Case No._____

#31672 v1

1 | Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2 | Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3 | ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain
4 | the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify
5 | Defendant John Doe, including the name, current (and permanent) address and telephone number, e-
6 | mail address, and Media Access Control address. The disclosure of this information is ordered
7 | pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8 | IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9 | the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 | under the Copyright Act.

DATED: 8/16/07   By: _____
United States District Judge

[Proposed] Order
Case No._____

#31672 v1

|    |                                                                                                      |
|----|------------------------------------------------------------------------------------------------------|
| 1  | **PROOF OF SERVICE**                                                                                 |
| 2  | STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO                                                |
| 3  | I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am               |
| 4  | over the age of eighteen years and not a party to the within action. My business address is 560      |
| 5  | Mission Street, 25th Floor, San Francisco, CA 94105.                                                 |
| 6  | On August 8, 2007, I served the foregoing documents described as:                                    |
| 7  | **[PROPOSED] ORDER**                                                                                 |
| 8  | on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed |
| 9  | envelope addressed as follows:                                                                       |

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8, 2007 at San Francisco, California.

_____
Della Grant

---

1
[Proposed] Order
Case No._____

#31672 v1